**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-6321**

_____

RODNEY EDWARD WALL,

              Petitioner - Appellant,

     v.

UNITED STATES OF AMERICA; JOHN OWENS,

              Respondents – Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Cameron McGowan Currie, District
Judge.  (2:10-cv-03205-CMC)

_____

Submitted:  June 30, 2011        Decided:  July 6, 2011

_____

Before WILKINSON, DUNCAN, and WYNN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Rodney Edward Wall, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rodney Wall, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2010) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Wall v. United States, No. 2:10-cv-03205-CMC (D.S.C. Feb. 22, 2011). We also deny Wall's motion to place his appeal in abeyance. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED